1 BENJAMIN B. WAGNER
United States Attorney
2 KEVIN C. KHASIGIAN
Assistant U. S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA  95814
4 Telephone:  (916) 554-2700

5 Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-02945-KJM-JFM |
|---|---|
| Plaintiff, | |
| v. | DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $49,500.00 IN U.S. CURRENCY, | |
| Defendant. | |

This matter came on before the Honorable Magistrate Judge John F. Moulds on the United States' ex parte motion for default judgment.  There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant currency to oppose the United States' motion.  The Magistrate Judge has recommended that the United States' motion for default judgment be granted.  Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is:

ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are adopted herein.

2. Andrew Eugene Starr Hannon is held in default.

3. A judgment by default is hereby entered against any right, title, or interest of Andrew Eugene Starr Hannon in the defendant currency referenced in the above

1 caption.

2     4.    A final judgment of forfeiture is hereby entered, forfeiting all right, title, and
3 interest in the defendant currency to the United States, to be disposed of according to
4 law.

5     5.    All parties shall bear their own costs and attorney's fees.

DATED: September 24, 2013

MARIANNE MATHERLY, CLERK

/s/ K. Zignago

_____

By K. Zignago, Deputy Clerk